# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| CURTIS JUSTIN BEARDEN, | : |
| Plaintiff, | : |
| v. | : Case No. 3:19-cv-00081-CDL-CHW |
| CLEVELAND, *et al.*, | : |
| Defendants. | : |

## ORDER

Before the Court is Plaintiff Curtis Justin Bearden's motion to appoint counsel (ECF No. 12). Plaintiff filed a *pro se* civil rights complaint seeking relief under 42 U.S.C. § 1983 without prepaying the Court's filing fee. Compl., ECF No. 1. The Court ordered Plaintiff to recast his complaint using the Court's standard form and to either pay the Court's filing fee or submit an application to proceed *in forma pauperis*. Order, ECF No. 6. When Plaintiff did not comply, the Court ordered Plaintiff to respond and show cause why this action should not be dismissed for Plaintiff's failure to follow the Court's orders and diligently pursue his claims. Order to Show Cause, ECF No. 7. That Order was returned to the Court as undeliverable mail. Mail Returned, ECF No. 8. The Court therefore dismissed this action without prejudice and entered judgment accordingly. Order of Dismissal, ECF No. 9; Judgment, ECF No. 10.

Because judgment has been entered in this action, Plaintiff's motion to appoint counsel (ECF No. 12) is **DENIED**. If Plaintiff wishes to pursue his claim(s), Plaintiff must

file a new complaint in a new civil action.

**SO ORDERED**, this 31st day of December, 2019.

s/ Charles H. Weigle  
Charles H. Weigle  
United States Magistrate Judge